| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br><br>**FOR CALENDAR YEAR 2004** | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Higgins, Thomas A | 2. Court or Organization<br><br>Middle District of Tennessee | 3. Date of Report<br><br>5/11/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Senior) | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ⦿ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>770 U.S. Courthouse<br>801 Broadway<br>Nashville, TN 37203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
2005 MAY 18 A 10: 36
FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Higgins, Thomas A | 5/11/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Higgins, Thomas A | 5/11/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Higgins, Thomas A | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Farm, Williamson Co., TN - 2/3 undivided | D | Rent | N | Q | Partial Gift | 12/22 | K | | See note Part VIII |
| 2. Interest | | | | | | | | | |
| 3. Active Asset Acct. No. 1 | | | | | | | | | |
| 4. Morgan Stanley Tax Exempt Sec. Fund | D | Dividend | M | T | | | | | |
| 5. Morgan Stanley Dividend Growth B Fund | C | Dividend | K | T | | | | | |
| 6. Morgan Stanley American Opportunities Fund | | None | J | T | | | | | |
| 7. Capital Opportunities Trust B | | None | J | T | Partial Gift | 12/14 | J | | Diocese of Nashville |
| 8. Equally Weighted S&P 500 | | None | J | T | Rec'd fm IRA | 12/21 | J | | |
| 9. Active Asset Acct. No. 2 | | | | | | | | | |
| 10. Morgan Stanley Exempt Sec. Fund | A | Dividend | J | T | | | | | |
| 11. Morgan Stanley American Value Fund | A | Dividend | J | T | | | | | |
| 12. TCW/DW Latin American Growth Fund | A | Dividend | J | T | | | | | |
| 13. MSDW Competitive Edge BIP B Fund | A | Dividend | J | T | | | | | |
| 14. Morgan Stanley S&P Select Fund B | A | Dividend | J | T | | | | | |
| 15. Morgan Stanley Strategist Fund B | A | Dividend | J | T | | | | | |
| 16. Morgan Stanley Dividend Growth B Fund | A | Dividend | J | T | | | | | |
| 17. VanKampen America Cap. Equity Fund | A | Dividend | J | T | | | | | |
| 18. Morgan Stanley Active Asset Money Trust | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Higgins, Thomas A | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Altria Group, Inc. (Common) | A | Dividend | J | T | Buy | 8/27 | J | | Market |
| 20. Morgan Stanley IRA Acct. No. 1 | E | Div & Int | N | T | | | | | |
| 21. -Morgan Stanley Liquid Asset Fund | | | | | | | | | |
| 22. -DW Spectrum Balanced | | | | | | | | | |
| 23. -DW Spectrum Strategic | | | | | | | | | |
| 24. -DW Spectrum Tech. | | | | | | | | | |
| 25. -American Opportunities | | | | | | | | | |
| 26. -International Smallcap | | | | | | | | | |
| 27. -Special Value Fund D | | | | | | | | | |
| 28. -Value Added MKT Ser/Egy | | | | | | | | | |
| 29. -VanKampen Growth & Income | | | | | | | | | |
| 30. -MSIF Core Plus Fixed Inc. | | | | | | | | | |
| 31. -MSIF Small Cap. A | | | | | | | | | |
| 32. -VanKampen Aggressive Growth | | | | | | | | | |
| 33. -VanKampen Comstock A | | | | | | | | | |
| 34. -MS Charter MSFCM | | | | | | | | | |
| 35. -MS Charter Graham | | | | | | | | | |
| 36. Morgan Stanley IRA Account No. 2 | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Higgins, Thomas A | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. -Morgan Stanley Div. Growth Fund | | | | | | | | | |
| 38. -Morgan Stanley Information Fund | | | | | | | | | |
| 39. -Financial Services Trust B | | | | | | | | | |
| 40. -Value Added Mkt Ser/Eqy | | | | | | | | | |
| 41. -Amerian Opportunities Fd. B. | | | | | | | | | |
| 42. Boston Financial Qualified Tax Credits L.P.V. | A | Interest | K | T | | | | | |
| 43. Unimproved Land, Humphreys Co., TN - 1/2 undivided interest | | None | L | R | | | | | See note Part VIII |
| 44. Sears Municipal TN (tax free bond) | A | Interest | J | T | | | | | |
| 45. Unimproved Land, Humphreys Co., TN - 1/2 undivided interest | | None | J | R | | | | | See note Part VIII |
| 46. Shares Common MONY Group, Inc. | A | Dividend | | | Sold | 7/26 | J | D | AXA Financial |
| 47. Shares Common MONY Group, Inc. | A | Dividend | | | Sold | 7/26 | J | C | AXA Financial |
| 48. Shares Common MONY Group, Inc. | A | Dividend | | | Sold | 7/26 | J | B | AXA Financial |
| 49. Bank of America Account | A | Interest | J | T | | | | | |
| 50. Shares Common Nationwide Financial Services, Inc. | A | Dividend | J | T | | | | | |
| 51. Provident Mutual Whole Life | B | Dividend | K | T | | | | | |
| 52. Mutual of New York Whole Life | B | Dividend | L | T | | | | | |
| 53. Trust | E | Div. & Int. | P1 | T | | | | | |
| 54. -SunTrust Tenn. Reserve Fund (Money Market Funds) | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Higgins, Thomas A | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. -Consolidated Edison NY (Bond) | | | | | Redeemed | 3/1 | K | | Issuer |
| 56. -Allstate Corp (Bond) | | | | | | | | | |
| 57. -FPL Group Capital Inc. (Bond) | | | | | | | | | |
| 58. -Stanley WKS (Bond) | | | | | | | | | |
| 59. -DuPont E I DeNemours Co. (Bond) | | | | | | | | | |
| 60. -Wells Fargo & Co. (Bond) | | | | | | | | | |
| 61. -Citicorp (Bond) | | | | | | | | | |
| 62. -Caterpillar Inc. (Bond) | | | | | | | | | |
| 63. -Deere & Co. (Bond) | | | | | | | | | |
| 64. -Insured Municipals Income (TR) (Mut. Fund) | | | | | | | | | |
| 65. -Municipal Insd Nat'l TR (Mut. Fund) | | | | | | | | | |
| 66. -Harley Davidson Inc. (Common) | | | | | | | | | |
| 67. -Limited Brands Inc. (Common) | | | | | | | | | |
| 68. -Anheuser Busch Inc. (Common) | | | | | | | | | |
| 69. -Pepsico Inc. (Common) | | | | | | | | | |
| 70. -Sysco Corp. (Common) | | | | | | | | | |
| 71. -WalMart Stores (Common) | | | | | | | | | |
| 72. -Walgreen Co. (Common) | | | | | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Higgins, Thomas A | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. -Apache Corp. (Common) | | | | | | | | | |
| 74. -Chevron Texaco Corp. (Common) | | | | | | | | | |
| 75. -Exxon Mobil Corp. (Common) | | | | | | | | | |
| 76. -American Int'l Group Inc. (Common) | | | | | | | | | |
| 77. -Fannie Mae (Common) | | | | | | | | | |
| 78. -Jefferson Pilot Corp. (Common) | | | | | | | | | |
| 79. -SunTrust Bank (Common) | | | | | | | | | |
| 80. -Biomet Inc. (Common) | | | | | | | | | |
| 81. -Johnson & Johnson (Common) | | | | | | | | | |
| 82. -Lilly Eli & Co. (Common) | | | | | | | | | |
| 83. -Medtronic Inc. (Common) | | | | | | | | | |
| 84. -Pfizer Inc. (Common) | | | | | | | | | |
| 85. -Wellpoint Health Networks (Common) | | | | | | | | | |
| 86. -General Electric Co. (Common) | | | | | | | | | |
| 87. -Affiliated Computers SVCS (Common) | | | | | | | | | |
| 88. -Automatic Data Processing Inc. (Common) | | | | | | | | | |
| 89. -Cicso Systems (Common) | | | | | | | | | |
| 90. -Dell Inc. (Common) | | | | | Partial sale | 11/23 | J | C | Market |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Higgins, Thomas A | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. -Intel Corp. (Common) | | | | | | | | | |
| 92. -Microsoft Corp. (Common) | | | | | | | | | |
| 93. -Oracle Corp. (Common) | | | | | Sold | 7/29 | J | | Market |
| 94. -Sungard Data Sys. Inc. (Common) | | | | | | | | | |
| 95. -E I DuPont (Common) | | | | | | | | | |
| 96. -Verizon Communications (Common) | | | | | | | | | |
| 97. General Elec. Cap. Corp. (Notes) | | | | | Buy | 3/24 | K | | |
| 98. Merrill Lynch & Co. (Notes) | | | | | Buy | 3/24 | K | | |
| 99. Federal Home Loan Bank (Bond) | ' | | | | Buy | 4/8 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part VII, Line 1
Appraisal as of date of ▇▇▇▇▇▇▇ death 8/20/94. Original 1/2 undivided interest received by gift from ▇▇▇ in 1951. Acquired 1/3 of the remaining 1/2 interest under ▇▇▇▇▇ will. Gift of 1/18th interest to ▇▇▇▇▇▇▇▇▇

Part VII, Line 43
Unimproved land
Purchased 5/22/91
Purchase price: $75,000

Part VII, Line 45
Unimproved land
Purchased 5/18/94
Purchase price: $11,000

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Higgins, Thomas A | 5/11/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████     Date  5-11-05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544